1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8   EL DORADO IRRIGATION DISTRICT,

9            Plaintiff,                    No. CIV S-03-949 LKK GGH

10        vs.

11  TRAYLOR BROS., INC., et al.,

12           Defendants.                   ORDER

13  _____/

14           Defendant's motion to compel presently is calendared for hearing on April 21,

15  2005.  Because the motion concerns discovery that is the subject of a motion for reconsideration

16  pending before Judge Karlton, the instant motion will be vacated from the calendar and reinstated

17  on a future calendar after the district court has ruled on the motion for reconsideration.

18           Accordingly, IT IS ORDERED that:

19           1.  The April 21, 2005 hearing on defendant's motion to compel, filed March 23,

20  2005, is vacated; and

21           2.  The motion will be reinstated for hearing as soon as the district court has ruled

22  on the District's motion for reconsideration.

23  DATED: 4/18/05

24                                         /s/ Gregory G. Hollows
                                           _____
25                                         GREGORY G. HOLLOWS
                                           U. S. MAGISTRATE JUDGE
26  GGH:076:EID949.vac.wpd

                                           1