UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,
a political subdivision of the
State of California,

        Plaintiff,

  v.

TRAYLOR BROS., INC., an
Indiana corporation,

        Defendant.
_____/

AND RELATED COUNTER-CLAIMS.
_____/

NO. CIV. S-03-949 LKK/GGH

O R D E R

    Currently set for hearing on the court's August 29, 2005 law and motion calendar is Traylor Bros., Inc.'s motion for summary judgment. Concurrently with their opposition to Traylor Bros.' motion, El Dorado Irrigation District filed a cross-motion on the Fraud and False Claims Act claims. Pursuant to minute order, Traylor Bros. has now filed their opposition brief, as well as the reply brief in support of their motion for

1

1  summary judgment.  Good cause appearing, the court hereby ORDERS
2  as follows:
3       1.  The hearing on the cross-motions for summary judgment
4  is now CONTINUED to September 12, 2005 at 10:00 a.m. in
5  Courtroom No. 4.;
6       2.  El Dorado may file a reply brief in support of their
7  cross-motion not later than August 29, 2005;
8       3.  No surreply briefs will be entertained.
9       IT IS SO ORDERED.
10      DATED:  August 23, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT