WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
H. James Wulfsberg - 046192
Michael W. Barnes – 154654
Deirdre J. Cox - 175923
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone:  (510) 835-9100
Facsimile:  (510) 451-2170

Thomas D. Cumpston – 142618
General Counsel
El Dorado Irrigation District
2890 Mosquito Road
Placerville, CA 95667
Telephone: (530) 622 4513
Facsimile: (530) 622-1195

Attorneys for Plaintiff and Counterdefendant
EL DORADO IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL DORADO IRRIGATION DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>TRAYLOR BROS., INC., TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,  and Does 1-100, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CIV.S-03-0949 LKK GGH<br><br>**STIPULATION AND ORDER RE MOTION FOR PROTECTIVE ORDER** |

Plaintiff and counterdefendant El Dorado Irrigation District ("District") filed a

Motion For Protective Order to Require TBI to Schedule the Deposition of TBI's

Opposing Counsel on a Mutually-Convenient Date; Request For Sanctions and Request For Shortened Time and Telephonic Hearing. TBI filed an opposition to this motion, seeking permission to take Mr. Cumpston's deposition after the current percipient deposition cutoff date of September 30, 2005, and clarification as to whether EID could object to TBI questioning Mr. Cumpston regarding his communications with MWH.

On August 22, 2005, the court conducted a telephonic hearing on the Motion.

Pursuant to the order of the court and as stipulated to by the parties, the following protective order is hereby made:

1. The Deposition of the District's General Counsel, Thomas D. Cumpston, will go forward on October 3 and 4, 2005 in San Francisco, California.

2. TBI may examine Mr. Cumpston concerning communications between him and Montgomery Watson Harza ("MWH"), pursuant to the court's prior finding that such communications are not privileged.

3. The District may assert any appropriate privileges to questions that seek information beyond communications between Mr. Cumpston and MWH.

SO STIPULATED:

| | |
|---|---|
| DATED: August 24, 2005 | **WULFSBERG REESE COLVIG & FIRSTMAN** |
| | **PROFESSIONAL CORPORATION** |
| | By       s/s: Michael W. Barnes |
| | MICHAEL W. BARNES |
| | Attorneys for Plaintiff and |
| Counterdefendant | EL DORADO IRRIGATION DISTRICT |
| DATED: August 24, 2005 | **MCKENNA LONG & ALDRIDGE** |
| | By       s/s: Mark G. Budwig |
| | MARK G. BUDWIG |

| | |
|---|---|
| Counterplaintiff | Attorneys for Defendant and TRAYLOR BROS., INC. |

**APPROVED AND SO ORDERED:**

Dated: 9/5/05

/s/ Gregory G. Hollows
_____
Hon. Gregory G. Hollows
United States Magistrate Judge

EID949.po