UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,
a political subdivision of the
State of California,

        NO. CIV. S-03-949 LKK/GGH

        Plaintiff,

  v.                      O R D E R

TRAYLOR BROS., INC., an
Indiana corporation,

        Defendant.
                             /

AND RELATED COUNTER-CLAIMS.
                             /

     Pursuant to the court's order at oral argument, plaintiff has submitted a proposed second amended complaint. The proposed amendments included significant revisions to the False Claims Act causes of action. As will be explained in an order to be issued shortly, the court has determined that summary judgment as to those causes of action should be granted. The proposed amendment does not address the deficiency which led to the

1

court's conclusion. Accordingly, plaintiff is now directed to re-file a proposed amended complaint that addresses only the fraud causes of action, or to the general allegations.

Since it appears that the proposed amendments to the fraud action significantly expand the issues, plaintiff should file with the resubmitted proposed amended complaint a brief demonstrating why "good cause" exists sufficient to outweigh the prejudice amendment would impose upon defendants at this late date. Fed. R. Civ. P. 16(b); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 608, (9th Cir. 1992) (requiring that good cause be shown if a party seeks to amend after a scheduling order has been issued).

Accordingly, the court SETS the following briefing schedule:

1. Plaintiff shall FILE its brief and proposed amended complaint by October 7, 2005;

2. Defendants shall FILE their opposition by October 21, 2005;

3. Plaintiff shall FILE its reply by October 28, 2005; and

4. The motion is SET for hearing on November 7, 2005.

IT IS SO ORDERED.

DATED: September 23, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT