UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,
a political subdivision of the
State of California,

        Plaintiff,

   v.

TRAYLOR BROS., INC., an
Indiana corporation,

        Defendant.
_____/

AND RELATED COUNTER-CLAIMS.
_____/

NO. CIV. S-03-949 LKK/GGH

O R D E R

    The court is in receipt of, and has duly considered, Traylor Brothers' request to continue the hearing date to November 14, 2005. The court, however, has two trials scheduled to begin after November 7, 2005 and thus cannot re-schedule the hearing to the dates requested. The earlier date proposed will not provide the court with sufficient time to prepare for argument.

////

1

1     The first available date is December 2, 2005 and the hearing
2 is thus CONTINUED to that date, at 10:00 a.m. in Courtroom No. 4.
3     IT IS SO ORDERED.
4     DATED:  October 12, 2005.

>                     /s/Lawrence K. Karlton
>                     LAWRENCE K. KARLTON
>                     SENIOR JUDGE
>                     UNITED STATES DISTRICT COURT