UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,
a political subdivision of the
State of California,

        Plaintiff,

   v.

TRAYLOR BROS., INC., an
Indiana corporation,

        Defendant.
_____/

AND RELATED COUNTER-CLAIMS.
_____/

NO. CIV. S-03-949 LKK/GGH

O R D E R

The court is in receipt of El Dorado Irrigation District's Rule 60(b) request for relief from its late filing of the proposed amended complaint and other documents supporting the motion that were not filed before midnight on October 7, 2005. The request is GRANTED. The documents are deemed timely filed.

IT IS SO ORDERED.

DATED: October 19, 2005.

                           /s/Lawrence K. Karlton
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT