WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION
H. James Wulfsberg - 046192
Michael W. Barnes – 154654
Deirdre Joan Cox - 175923
Kaiser Center
300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
Telephone: (510) 835-9100
Facsimile: (510) 451-2170

Thomas D. Cumpston – 142618
General Counsel
El Dorado Irrigation District
2890 Mosquito Road
Placerville, CA 95667
Telephone: (530) 622 4513
Facsimile: (530) 622-1195

Attorneys for Plaintiff and Counterdefendant
EL DORADO IRRIGATION DISTRICT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL DORADO IRRIGATION DISTRICT,<br><br>            Plaintiff,<br><br>vs.<br><br>TRAYLOR BROS., INC., TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and Does 1-100, inclusive,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CIV.S-03-0949 LKK GGH<br><br>**[PROPOSED] ORDER FOR FILING JOINT STATEMENT, DECLARATIONS AND EXHIBITS PERTAINING TO EL DORADO IRRIGATION DISTRICT'S MOTION FOR PROTECTIVE ORDER TO PROHIBIT DEPOSITION OF KAREN WADDELL UNDER SEAL PURSUANT TO LOCAL RULE 39-141**<br><br>**Eastern District, Local Rule 39-141**<br><br>DATE:           November 10, 2005<br>TIME:           10:00 a.m.<br>COURTROOM: 24 (Eighth Floor)<br>JUDGE:         Hon. Gregory G. Hollows<br><br>TRIAL DATE:  September 12, 2006 |

Having considered Plaintiff's *Ex Parte* Application to file the Joint Statement, Declarations and Exhibits submitted by the parties in connection with the Motion of Plaintiff El Dorado Irrigation District for Protective Order to Prohibit the Deposition of Karen Waddell under seal, brought pursuant to Local Rule 39-141, and having reviewed the Proposed Order, and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

The Court grants Plaintiff's request and orders the Clerk of the Court to file under seal the Joint Statement, Declarations and Exhibits submitted by the parties in connection with the Motion of Plaintiff El Dorado Irrigation District for Protective Order to Prohibit the Deposition of Karen Waddell. Pursuant to Eastern District Local Rule 39-141, instead of filing the Joint Statement, Declarations and Exhibits and other motion papers electronically, the parties are ordered to electronically file a "Notice of Filing Sealed Document" and, within 24 hours of such electronic filing, the parties shall manually file and, if required or appropriate, serve the sealed document in paper format, paper copies of the Notice of Filing of Document Under Seal, and a paper copy of the Notice of Electronic Filing along with a traditional certificate of service.

**IT IS SO ORDERED.**

DATED: October 31, 2005

GREGORY G. HOLLOWS
U.S. Magistrate Judge

EIDseal