UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,
a political subdivision of the
State of California,

        Plaintiff,

   v.

TRAYLOR BROS., INC., an
Indiana corporation,

        Defendant.
_____/

AND RELATED COUNTER-CLAIMS.
_____/

NO. CIV. S-03-949 LKK/GGH

O R D E R

    A hearing was held on December 2, 2005 on defendants' motion to reconsider the court's order denying summary judgment on the fraud cause of action. During the hearing, the court expressed skepticism about whether there was truly a risk of personal injury created by the alleged faulty construction of the tunnel. Plaintiffs offered to submit an affidavit which provided evidence which could demonstrate the true risk posed.

////

1

Accordingly, the court hereby ORDERS as follows:

1. Plaintiffs shall submit to the court any additional evidence on the risk of personal injury created by the dip in the tunnel by January 17, 2006; and

2. Defendants shall respond by February 1, 2006.[1]

IT IS SO ORDERED.

DATED: December 5, 2005.

        /s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] During argument, the court set the matter for hearing on February 13, 2006, but upon further consideration the court will only set the matter for hearing if it appears necessary following receipt of the evidence.