UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,
a political subdivision of the
State of California,

        Plaintiff,

  v.

TRAYLOR BROS., INC., an
Indiana corporation,

        Defendant.
_____/

AND RELATED COUNTER-CLAIMS.
_____/

NO. CIV. S-03-949 LKK/GGH

O R D E R

    The court is in receipt of Traylor Bros., Inc. and Traveler's ex parte application relative to their motions to strike expert reports. The ex parte application as well as the motion to strike experts, styled as a motion for sanctions, were improperly noticed before the magistrate judge and are addressed herein by the undersigned. In their ex parte application, defendants seek relief from the court's discovery deadline to allow their motion to strike to be heard. Defendants move to strike (1) the expert report of

1

1  Mark Korkowski, which they assert was disclosed on December 2,
2  2005, well after the court's September 23, 2005 rebuttal expert
3  deadline; and (2) El Dorado Irrigation District's September 23,
4  2005 rebuttal expert witness disclosure. On its face, any rebuttal
5  expert disclosed by September 23, 2005 was timely under the court's
6  July 20, 2005 Status Order.
7      Accordingly, the court hereby ORDERS that:
8      1.   The discovery deadline set by the court's July 20, 2005
9  Status Order is EXTENDED solely for the purposes of hearing TBI's
10 motion to strike the expert report and any testimony of Mark
11 Korkowski as untimely designated; and
12     2.   The motion to strike is now SET for hearing before the
13 undersigned on January 17, 2006 at 10:00 a.m. in Courtroom No. 4.
14     IT IS SO ORDERED.
15     DATED:   December 13, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2