UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL DORADO IRRIGATION DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>TRAYLOR BROS., INC., TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and Does 1-100, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. CIV. S-03-949 LKK/GGH<br><br>**ORDER ON EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR CONDITIONAL RELIEF REGARDING PLAINTIFF'S REBUTTAL EXPERT WITNESS DISCLOSURES AND EXPERT WITNESS REPORT AND TESTIMONY OF MARK KORKOWSKI** |

Defendant Traylor Bros., Inc. ("TBI") sought and obtained an Order, dated December 13, 2005, setting a hearing on its motions to strike El Dorado Irrigation District's ("EID") rebuttal expert witness list, and to bar the testimony and report of EID's non-retained expert, Mark Korkowski. The order set the hearing on these motions to take place on January 17, 2006 at 10 a.m. Through an *ex parte* application filed on December 16, 2005, EID sought the court's consent to have a related motion, to allow the use of Mr. Korkowski's testimony and report at trial, and to allow EID's rebuttal expert witness list to stand, to be set for hearing before the court on January

- 1 -

[PROPOSED] ORDER ON EX PARTE APPLICATION FOR
LEAVE TO FILE MOTION FOR CONDITIONAL RELIEF
**1906-001\2106361.1**

1  17, 2006, so that EID's motion could be heard concurrently with TBI's Motions.

2      Good cause having been shown, the court hereby ORDERS that:

3      1.    EID may file and hand serve its motion no later than December 20, 2005, with the
4          remainder of the briefing schedule to be determined in accordance with Civil L.R.
5          78-230(c) [opposition] and (d) [reply].

6      2.    EID's motion shall be SET for hearing on January 17, 2006 at 10:00 a.m before this
7          court, and

8      3.    To the extent that it may be applicable, the discovery deadline set by the court's
9          July 20, 2005 Status Order is hereby EXTENDED for the sole purpose of hearing
10         EID's motion concurrently with TBI's Motions on January 17, 2006.

11 DATED:  December 20 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 2 -

[PROPOSED] ORDER ON EX PARTE APPLICATION FOR
LEAVE TO FILE MOTION FOR CONDITIONAL RELIEF
**1906-001\2106361.1**