UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,
a political subdivision of the
State of California,

        Plaintiff,

  v.

TRAYLOR BROS., INC., an
Indiana corporation,

        Defendant.
                                  /

AND RELATED COUNTER-CLAIMS.
                                  /

NO. CIV. S-03-949 LKK/GGH

O R D E R

      On June 12, 2006 a Pretrial Conference was scheduled in the above-captioned case. The court could not conduct a full Pretrial Conference given a number of complications raised by both parties. Accordingly, the court ORDERS as follows:

      1.  The following dates are SET for the motions in limine and Daubert hearing:

      Motions in limine due:  July 31, 2006.

1

1    Oppositions to the motions in limine due:  August 14, 2006.
2    Reply briefs due:  August 21, 2006.
3    Hearing on the motions in limine and the <u>Daubert</u> hearing: September 5, 2006 at 10:00 a.m. in Courtroom No. 4.

2.  Given the scheduling of the motions in limine, the trial date originally set for September 12, 2006 is CONTINUED to September 19, 2006 at 10:30 a.m.  Trial will be by jury and parties estimate that trial should take approximately twenty-five (25) days.

3.  Plaintiff has requested a separate hearing on contract interpretation.  Plaintiff shall file an offer of proof on June 19, 2006.  Defendants shall file a responsive offer of proof on June 26, 2006.  The offers of proof must be no longer than ten (10) pages and must set forth what the hearing would encompass.  The offer of proof must also include a list of witnesses and a brief summary of what the witnesses will say.

4.  The court will conduct a full Pretrial Conference on June 23, 2006, at 10:00 a.m.  At that time, the parties are instructed to file with the court and bring a paper copy of the following:[1]

(a) A revised joint statement of the undisputed facts.  This statement will be read to the jury.

(b) One joint list of all the exhibits and one joint list of all witnesses that both parties intend to rely on <u>in their case in chief</u>.  The parties should indicate on these lists whether or not

---

[1] The court also requests that the parties bring a copy of the new joint statements and lists on cd or disc.

2

1 there is an objection to the exhibit, which party raises the
2 objection and the grounds for the objection.  The court will mark
3 into evidence the exhibits to which no objection is raised and will
4 mark for identification only those exhibits to which an objection
5 has been raised.
6      (c) One joint list of all the exhibits and one joint list of
7 all the witnesses that both parties intend to use in <u>rebuttal</u>.  The
8 parties should indicate on this list whether or not there is an
9 objection to the exhibit, which party raises the objection and the
10 grounds for the objection.  The court will rule upon the
11 admissibility of these exhibits at the time they are tendered.
12      IT IS SO ORDERED.
13      DATED: June 13, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT