UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,
a political subdivision of the
State of California,

        NO. CIV. S-03-949 LKK/GGH

    Plaintiff,

  v.                          O R D E R

TRAYLOR BROS., INC., an
Indiana corporation,

    Defendant.
                             /

AND RELATED COUNTER-CLAIMS.
                             /

    The court is in receipt of plaintiff's offer of proof and defendant's reply brief.  Upon review, the court concludes that a hearing on the contract, prior to trial, is not appropriate.

    The offer of proof and the reply demonstrate that the parties dispute what documents constitute the final contract and how certain terms of the contract should be interpreted.

////

1

1        Under California law, determining which documents constitute
2   the contract is a question usually for the judge, and not the jury.
3   Mobil Oil Corp. v. Handley, 76 Cal.App.3d 956, 961 (Cal. App. 2d
4   Dist. 1978).  Furthermore, it is clear that extrinsic evidence is
5   admissible in determining whether the contract is fully integrated.
6   Brawthen v. H & R Block, Inc., 28 Cal.App.3d 131, 137 (Cal. App.
7   1st Dist. 1972).  The offers of proof suggest that the parties will
8   rely on extensive extrinsic evidence in establishing which
9   documents constitute the contract.  Moreover, there may be
10  credibility determinations with respect to this evidence.
11  Therefore, the court defers resolution on the integration issue
12  until it receives all the evidence presented at trial.  The court
13  will rule on the integration issue at that time.
14       The court also defers judgment with respect to the
15  interpretation of the terms of the contract.  Under California law,
16  the "interpretation of a contract is a question of law unless the
17  interpretation turns on the credibility of extrinsic evidence."
18  Sierra Vista Regional Medical Center v. Bonta, 107 Cal.App.4th 237,
19  245 (Cal. App. 3d Dist. 2003).  Again, the court defers resolution
20  on this issue until it receives all the evidence presented at
21  trial.  At that point, the court will evaluate whether the
22  extrinsic evidence raises credibility questions (and thus must be
23  resolved by the jury) or if the court can make determinations as
24  to the terms based on the evidence presented.
25  ////
26  ////

1      For these reasons, the court declines to set a hearing prior
2 to trial on the issue of the contract.
3      IT IS SO ORDERED.
4      DATED: July 20, 2006.
5                              _____
                               LAWRENCE K. KARLTON
6                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

3