1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  EL DORADO IRRIGATION DISTRICT,
    a political subdivision of the
12  State of California,
                                              NO. CIV. S-03-949 LKK/GGH
13              Plaintiff,

14        v.                                          O R D E R

15  TRAYLOR BROS., INC., an
    Indiana corporation,
16
                Defendant.
17  _____/

18  AND RELATED COUNTER-CLAIMS.
    _____/
19

20        The court is in receipt of defendant's July 28, 2006 letter

21  regarding a large number of photographs showing ice conditions on

22  the El Dorado Canal.  Defendant seeks to have both the photographs

23  and a supplemental report by defendant's ice expert admitted as

24  evidence at trial.  The court is also in receipt of EID's

25  objections to the letter.  Having reviewed the letter, the court

26  ORDERS as follows:

1

1        1.   Within five (5) days of the effective date of this

2   order, the parties may file any additional briefing with respect

3   to defendant's request regarding the admission of the photographs

4   and the supplemental expert report.

5        2.   The court will address and resolve defendant's request

6   at the time the court addresses the motions in limine.

7        IT IS SO ORDERED.

8        DATED: August 1, 2006.

10                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
11                              UNITED STATES DISTRICT COURT

2