UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,
a political subdivision of the
State of California,

        Plaintiff,

   v.

TRAYLOR BROS., INC., an
Indiana corporation,

        Defendant.
_____/

AND RELATED COUNTER-CLAIMS.
_____/

NO. CIV. S-03-949 LKK/GGH

<u>O R D E R</u>

    The court is in receipt of Mr. Firstman's letter dated September 1, 2006. The court hereby amends the final pretrial order issued on September 1, 2006 to include the following language:

///

///

///

1

1
2
3
          As to each exhibit which is not objected to, it shall be marked and received into evidence and will require no further foundation.  Each exhibit which is objected to will be marked for identification only.

IT IS SO ORDERED.

DATED: September 5, 2006.

                                    /s/ Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

2