UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,
a political subdivision of the
State of California,

        Plaintiff,

    v.

TRAYLOR BROS., INC., an
Indiana corporation,

        Defendant.
                               /

AND RELATED COUNTER-CLAIMS.
                               /

NO. CIV. S-03-949 LKK/GGH

O R D E R

    The court is in receipt of EID's request for clarification of the court's September 8, 2006 order. The September 8, 2006 order is amended as follows:

    1.    With respect to EID's Motion in Limine No. 1, TBI may tell the jury that there were <u>two</u> change orders prior to February 28, 2001. Evidence as to the content of the change orders will not be admitted.

1

1  2.   With respect to EID's Motion in Limine No. 9, TBI shall
2       give the Court advance notice, outside the presence of
3       the jury, about questioning a witness as to other
4       persons' criminal convictions.
5  3.   With respect to TBI's Motion in Limine No. 1 and as to
6       damages against Travelers, TBI's motion is DENIED.
7  IT IS SO ORDERED.
8  DATED: September 18, 2006.

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```