UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,
a political subdivision of the
State of California,

        Plaintiff,

  v.

TRAYLOR BROS., INC., an
Indiana corporation,

        Defendant.
_____/

AND RELATED COUNTER-CLAIMS.
_____/

NO. CIV. S-03-949 LKK/GGH

O R D E R

    The court is in receipt of Mr. McGuinness' letter, dated January 3, 2007. Mr. McGuinness (as well as counsel for EID) request that a hearing be set on the issue of TBI's Bill of Costs. Mr. McGuinness also requests an opportunity to respond to EID's objections to TBI's Bill of Costs. Accordingly, the court orders as follows:

    1.   The request for a hearing is presently denied.

1

2.   TBI shall file a reply to EID's objections to the Bill of Costs no later than January 22, 2007.  The Clerk shall resolve the disputes.

IT IS SO ORDERED.

DATED: January 5, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2